MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

*E-FILED - 1/9/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MUHAMMAD OUSSAMA SAFADI, and SCOTT GHAIS SAFADI, <br> Defendants. | Nos. CR 12-00465 DLJ <br><br> STIPULATION AND ORDER TO CONTINUE STATUS APPEARANCE AND EXCLUDE TIME FROM JANUARY 10, 2013 TO FEBRUARY 7, 2013 |

    Muhammad Safadi and Scott Safadi are scheduled to appear before this Court on Thursday, January 10, 2013 for a further status. The parties jointly request additional time from the Court to allow the defense to review discovery, and to further meet and confer concerning discovery and case management. The parties request to appear before this Court on February 7, 2013 at 9:00 a.m. for a further status. The parties also jointly request that time be excluded under the Speedy Trial Act for adequate preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

STIPULATION

Dated: January 9, 2013                     Respectfully submitted,

                                                              MELINDA HAAG
                                                              United States Attorney

                                                              /s/
                                                              DANIEL R. KALEBA
                                                             Assistant United States Attorney


Dated: January 9, 2013                         /s/
                                                             PAUL MELTZER
                                                             Attorney for Scott Safadi


Dated: January 9, 2013                         /s/
                                                             KENNETH ROBINSON
                                                            Attorney for Muhammad Safadi

      Based upon the representation of counsel and for good cause shown, the Court grants the requested continuance and finds that failing to exclude the time between January 10, 2013 and February 7, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 10, 2013 and February 7, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between January 10, 2013 and February 7, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


Dated: 1/9/13

                                                             HON. D. LOWELL JENSEN
                                                           United States District Judge