Jules F. Bonjour, State Bar No. 38980
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
jules@btbandb.com

Attorneys for Defendant Raquel Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAQUEL RAMIREZ, et. al.,<br><br>Defendants.<br>_____/ | No. CR 12-00465 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE STATUS<br>HEARING FROM FEBRUARY 7, 2013 TO<br>MARCH 21, 2013<br><br>Date: February 7, 2013<br>Time: 9:00 a.m.<br>Court: Hon. D. Lowell Jensen |

The defendant's are scheduled to appear before this Court on February 7, 2013 at 9:00 a.m. for status hearing. The defendants request the continuance to give them more time to effectively prepare their case. AUSA Dan Kaleba joins in the request.

The AUSA and the parties jointly request to appear before this Court on March 21, 2013 at 9:00 a.m. for a further status hearing. The parties also jointly request that time be excluded

under the Speedy Trial Act for adequate preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Dated: January 4, 2013          Respectfully submitted,


                                /S/
                                Jules F. Bonjour
                                Attorney for Raquel Ramirez


Dated: January 4, 2013          /S/
                                Kenneth W. Robinson
                                Attorney for Muhammad O. Safadi


Dated: January 4, 2013          /S/ by J+B
                                Paul B. Meltzer
                                Attorney for Scott G. Safadi


Dated: January 4, 2013          /S/
                                Daniel R. Kaleba
                                Assistant United States Attorney


Based upon the representation of counsel and for good case shown, the Court grants the requested continuance and finds that failing to exclude the time between February 7, 2013 and March 21, 2013 would unreasonably deny the defendants continuity of counsel and would deny counsel the reasonable and time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 7, 2013 and March 21, 2013 from

Stipulation and ~~Proposed~~ Order to Continue
CR-12-00465 DLJ

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a Speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 7, 2013 and March 21, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: _____

_____
HON. D. LOWELL JENSEN
United States District Judge

Stipulation and ~~Proposed~~ Order to Continue
CR-12-00465 DLJ

3